■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHEE B. JONES, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Attempted Assault, 2nd Degree.) Present—Green, J. P., Pine, Balio, Boehm, and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH W. AGNELLO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. HINTON, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed. Memorandum: Defendant's application for leave to appeal was previously denied *(see,* CPL 450.15). (Appeal from Order of Erie County Court, LaMendola, J.—CPL 440.10) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.

■ In the Matter of FRANK T. BEYER, Appellant, v PATRICIA TRANELLI-ASHE, Respondent.—Appeal unanimously dismissed without costs *(see,* CPLR 5702; Family Ct Act § 1112 [a]; *Kuhn v Kuhn,* 129 AD2d 967). (Appeal from Order of Onondaga County Family Court, Rossi, J.—Custody.) Present —Green, J. P., Pine, Balio, Boehm and Davis, JJ.

■ ANTHONY J. DiMICHEL, Respondent, v SOUTH BUFFALO RAILWAY COMPANY, Appellant.—Motion for leave to appeal to the Court of Appeals granted and question certified and stay pending appeal granted. Present—Denman, P. J., Callahan, Pine, Balio and Lawton, JJ. (Order entered Feb. 21, 1992.)

■ HIS PLACE OF ROCHESTER, INC., Respondent, v PENN-CAN SHOPPING MALL et al., Appellants—Motion for admission *pro hac vice* granted. Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.

■ In the Matter of GEORGE W. CONATY, For Reinstatement.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Denman, P. J., Callahan, Green, Balio and Lawton, JJ.